UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WANDA M. WALKER-RUFFIN,**
        Plaintiff,

    v.                                        Case No. 13-C-0529

**MILWAUKEE METAL PRODUCTS, et al.,**
        Defendants.

---

## DECISION AND ORDER

On November 21, 2013, I dismissed this action without prejudice because the plaintiff had not completed service on the defendants within 120 days. See Fed. R. Civ. P. 4(m). On December 9, 2013, the plaintiff filed a letter which the Clerk of Court docketed as a motion for reconsideration. In this letter, the plaintiff reiterates her request that the court find an attorney to represent her pro bono. She states that she is disabled and is unable to litigate this case on her own. However, based on the materials plaintiff has filed in this case so far, it does not appear that she has any non-frivolous federal claim. I will not ask an attorney to assist the plaintiff with what appears to be frivolous litigation. Plaintiff also raises other issues in her letter, but having considered those issues I am satisfied that this case was properly dismissed for failure to complete service within 120 days. Accordingly, **IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2013.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge